| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>JESUS GONZALEZ-PICHARDO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-0361 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) ) | DATE: December 10, 2010 |
| JESUS GONZALEZ-PICHARDO, | ) ) | TIME: 9:00 A.M.<br>JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 5, 2010, **may be continued to December 10, 2010 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court. Mr. Gonzalez-Pichardo's initial appearance was at the United States District Court in Sacramento on October 15, 2010. He was transported to the Fresno County Jail on October 26, 2010. Defense counsel interviewed him the next day and completed the fast-track application. The requested continuance would restore this case to the normal fast-track schedule and to allow the probation department to complete their pre-sentence investigation report.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: October 28, 2010          By: /s/ Ian Garriques
                                     IAN GARRIQUES
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 28, 2010          By: /s/ Charles J. Lee
                                     CHARLES J. LEE
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JESUS GONZALEZ-PICHARDO

IT IS SO ORDERED.

**Dated:   October 28, 2010**            /s/ **Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

Gonzalez-Pichardo Stip and Proposed Order          2